**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**<u>Marinalva Beatriz Faria</u>**
Petitioner

CIVIL ACTION

V.

NO. **1:26-cv-12380-RGS**

**<u>Hyde et al</u>**
Respondents

## <u>ORDER OF DISMISSAL</u>

<u>Stearns, D. J.</u>

In accordance with the Court's Order entered June 11, 2026 [Doc. No. 8], The Court ordered the Parties to file a status report by June 15, 2026. The parties failed to do so therefore it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>

By the Court,

6/16/2026                                        /s/ Jacqueline Martin
Date                                                 Deputy Clerk